**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

**IN RE: REQUEST FOR**
**CERTIFICATE OF GOOD STANDING**         1: 22-MC-00009
                                         2: 22-MC-00010

-------------------------------------------------------X


I, _____, hereby request a copy of my certificate of good standing.

My date of admission to the Eastern District of New York is _____.

My state attorney registration number is _____.

Law Firm or Other Employer;_____

Address: _____

_____

_____


Phone: _____   Mobile Phone: _____

Email: _____


Dated: _____        *David H. Haft*_____
                                   Signature